UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTIS A. DANIEL,<br><br>                              Plaintiff,<br>                   -v-<br><br>T&M PROTECTION RESOURCES LLC, et al.,<br><br>                              Defendants. | 13 Civ. 4384 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In light of the Court's July 14, 2020 order, Dkt. 216, the Clerk of Court is instructed to docket *pro se* plaintiff Otis Daniel's motion for an extension of time to file a notice of appeal in No. 20 Civ. 2149 (LLS) at Dkt. 7 as a timely notice of appeal in this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2020
       New York, New York