UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                                                   :
  OTIS A. DANIEL,                                                  :
                                                                   :         13 Civ. 04384 (PAE)
                                         Plaintiff,                :
                                                                   :              ORDER
              -v-                                                  :
                                                                   :
T & M PROTECTION RESOURCES LLC,                                    :
                                                                   :
                                         Defendant.               :
                                                                   :
--------------------------------------------------------------------- :
                                                                   X


PAUL A. ENGELMAYER, District Judge:

    The Court *sua sponte* denies plaintiff Otis Daniel's motion for sanctions as

frivolous.  Dkt.  236.  The Court reminds Mr. Daniel of the Second Circuit's admonition that

continued litigation over this matter may expose him to sanctions.  *See* Dkts. 229, 235.  The

Court elects not to impose sanctions here, mindful of Mr. Daniel's mental health

challenges.  However, the Court is obliged to warn Mr. Daniel that an appeal of this Order may

expose him to sanctions imposed by the Second Circuit, as will continued frivolous filings in this

Court.  The Clerk of Court is respectfully directed to terminate all pending motions on the

docket.

    SO ORDERED.

                                                    _____
                                                    Paul A. Engelmayer
                                                    United States District Judge


Dated:  August 28, 2024
        New York, New York