UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTIS A. DANIEL,

                      Plaintiff,

-v-

T & M PROTECTION RESOURCES LLC,

                      Defendant.

13 Civ. 4384 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's request to reopen the case. Dkt 241. The Court denies this request with prejudice for substantially the same reasons described in its Order dated October 20, 2023. Dkt. 231. The Court reminds Mr. Daniel that continued frivolous filings will expose him to sanctions. The case remains closed.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2024
       New York, New York