**MANDATE**

S.D.N.Y. – N.Y.C.
13-cv-4384
Engelmayer, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-four.

Otis A. Daniel,

              *Petitioner*,

v.                                                                                      24-2559

T & M Protection Resources LLC,

              *Respondent*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2024_

In August 2024, this Court imposed a leave-to-file sanction on Petitioner, which (among other things) restricted him from filing appeals arising out of the underlying district court proceedings without first obtaining leave. *See* 2d Cir. 23-7557, doc. 35. Petitioner now moves for leave to file an appeal from the denial of a post-judgment motion to reopen.

With due respect, and after meaningful consideration, it is hereby ORDERED that leave to appeal is DENIED. This Court is persuaded that leave is not appropriate given the factual and legal determinations already made and the arguments put forward by Petitioner in his motion. *In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993); *see Daniel v. T&M Prot. Res., LLC*, No. 23-7557, 2024 WL 3159186, at *1 (2d Cir. June 25, 2024) ("Pro se Plaintiff Otis Daniel has repeatedly challenged the July 2018 trial judgment in his Title VII case, both in the district court and in this Court.").

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/14/2024