UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTIS A. DANIEL,

                            Plaintiff,

        -v-

T & M PROTECTION RESOURCES LLC,

                            Defendant.

13 Civ. 4384 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's motion for subornation of perjury. Dkt 245. The Court denies this request with prejudice for substantially the same reasons described in its Order dated October 20, 2023. Dkt. 231. The Court is obliged to warn Mr. Daniel that additional frivolous filings will result in the imposition of sanctions. The case remains closed.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: January 6, 2025
       New York, New York