UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTIS A. DANIEL,

                Plaintiff,

-v-

T & M PROTECTION RESOURCES LLC,

                Defendant.

13 Civ. 4384 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On May 15, 2025, plaintiff filed a "motion for conspiracy" and a supporting declaration. *See* Dkts. 250–51. The Court denies the request in light of the leave-to-file sanction entered by the Second Circuit against plaintiff, which restricts him from filing appeals arising out of the underlying proceedings without first obtaining leave. *See Daniel v. T&M Protection Resources, LLC*, 2d Cir. 23-7557. Dkt. 249. Because the instant motion is a "continuation of the prior pattern" of filings that led to the leave-to-file sanction, *id.*, it is hereby denied with prejudice. The Clerk of Court is respectfully directed to close the motion pending at Docket 250. The case remains closed.

    SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: May 19, 2025
        New York, New York